The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CASSANDRA WIEDENMANN, the court-appointed Guardian ad Litem of K.W., a minor<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS INC., d/b/a Jarden Consumer Solutions, a Foreign Corporation,<br><br>Defendant. | NO. 3: 20-cv-05003-BHS<br><br>ORDER APPROVING SETTLEMENT AND TO DISBURSE FUNDS |

The Petition for Approval of Settlement having come before the Court and the Court having considered the Petition for Approval of Settlement and to Disburse Funds, the Report of the Independent Guardian ad Litem ("IGAL") and having considered the files and records herein; it is hereby ORDERED:

1. The proposed settlement amount of $10,000 is approved;

2. Payment to Mclaughlin Law Firm, P.C. for Attorney fees of $1,460.73 is approved, with 15% of that amount, $219.11, to be paid to attorney Bahar Dejban;

3. Litigation costs in the amount of $1,539.27 are approved;

4. $7,000.00 to be deposited into a Restricted Savings Account, Account #_ _ _ _500, with Cheney Federal Credit Union, 520 1st Street, Cheney WA 99004;

Petition for Approval of Settlement and Disbursement of Funds
Pursuant to LCR 17 (C) - Page 1
3: 20-cv-05003-BHS

COLUCCIO LAW
2025 First Ave. Ste. 1130
Seattle, WA 98121
206-826-8200
Fax: 206-673-8286

MCLAUGHLIN LAW FIRM, P.C.
1890 Gaylord St.
Denver, Colorado 80206
(720) 420-9800

5. The IGAL's responsibilities in this matter are terminated after the release is fully executed and a dismissal is entered by the court. The IGAL has performed his duties Pro Bono and seeks no fees or costs;

6. The court appointed Guardian ad Litem is authorized to sign a release resolving all pending claims;

7. This matter may be dismissed with prejudice and without costs to either party; and,

8. The minor's settlement funds, and any accrued interest may be disbursed to her on or after her 18th birthday.

DONE IN OPEN COURT this 12th day of April, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

**COLUCCIO LAW**

s/ *Kevin Coluccio*
Kevin Coluccio
2120 1st Avenue N, Suite 201
Seattle, WA 98109
Email: kc@coluccio-law.com

**MCLAUGHLIN LAW FIRM, P.C.**

s/ *George E. McLaughlin*
George E. McLaughlin (*Pro Hac Vice*)
1890 Gaylord Street
Denver, Colorado 80206-1211
Email: gem@w-mlawgroup.com

Attorneys for Plaintiff

Petition for Approval of Settlement and Disbursement of Funds
Pursuant to LCR 17 (C) - Page 2
3: 20-cv-05003-BHS

COLUCCIO LAW
2025 First Ave. Ste. 1130
Seattle, WA 98121
206-826-8200
Fax: 206-673-8286

MCLAUGHLIN LAW FIRM, P.C.
1890 Gaylord St.
Denver, Colorado 80206
(720) 420-9800